# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEIA SMITH,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>WARDEN, FCI VICTORVILLE I,<br><br>　　　　　　Respondent. | Case No. ED CV 14-01283-VBF (DTB)<br><br>ORDER OVERRULING PETITIONER'S OBJECTIONS, ADOPTING THE R&R, AND DISMISSING THE HABEAS PETITION WITHOUT PREJUDICE FOR LACK OF JURISDICTION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records herein, and the R&R of the United States Magistrate Judge. Having made a de novo determination of those portions of the R&R to which objections have been made, the Court overrules petitioner's objections and adopts the R&R.

　　　　Respondent's Motion to Dismiss the habeas corpus petition is granted.

　　　　The habeas corpus petition is dismissed without prejudice for lack of jurisdiction. Judgment will be entered by separate document dismissing this action without prejudice.

DATED: September 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE