UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEIA SMITH,<br>Petitioner,<br>v.<br>WARDEN, FCI VICTORVILLE I,<br>Respondent. | Case No. ED CV 14-01283-VBF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objections, Adopting the United States Magistrate Judge's well-reasoned R&R, and Dismissing the Habeas Corpus Petition Without Prejudice, **IT IS ADJUDGED that the action is dismissed without prejudice for lack of jurisdiction.**

DATED: September 2, 2015

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE